JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LYNETTE DARICE CUMMINGS-HOLLOWAY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 17-01124-JDE<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: February 16, 2018

_____
JOHN D. EARLY
United States Magistrate Judge